RECEIVED
IN ALEXANDRIA, LA.

APR 1 2 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RICHARD D. BACA,<br>    Petitioner | CIVIL ACTION<br>SECTION "P"<br>NO. 1:12-CV-03084 |
| VERSUS | |
| UNITED STATES OF AMERICA,<br>    Respondent | JUDGE JAMES T. TRIMBLE JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Baca's Section 2241 is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 12th day of April, 2013.

JAMES T. TRIMBLE JR.
UNITED STATES DISTRICT COURT